# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

**TOMMY CLOWERS**                                                                                   **PLAINTIFF**

**VS.**                               **NO. 3:14CV00048 JTR**

**CAROLYN W. COLVIN,**
**Acting Commissioner,**
**Social Security Administration**                                                **DEFENDANT**

## JUDGMENT

It is CONSIDERED, ORDERED, and ADJUDGED that this case be and it hereby is dismissed with prejudice. The relief sought is denied.

DATED this 30th day of June, 2015.

_____
UNITED STATES MAGISTRATE JUDGE